UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SAUL GONZALES YANES,

        Plaintiff,

-against-

JEFF KITO'S LANDSCAPING & GREENHOUSES,
LLC, and JEFFREY KITO,

        Defendant.
-------------------------------------------------------------X

Civ. No.: 13-CV-2116 (ADS)(AKT)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 01 2013 ★
LONG ISLAND OFFICE

## STIPULATION AND ORDER OF FINAL DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff, Saul Gonzales Yanes, and Defendants, Jeff Kito's Landscaping & Greenhouses LLC, and Jeffrey Kito, through their respective undersigned counsel, that the above-captioned action be dismissed in its entirety, with prejudice, and with no award of attorneys' fees, costs or disbursements by the Court to any party and that any and all claims of, by or in behalf of the parties to this lawsuit, whether asserted therein or otherwise, forever are generally released, settled and dismissed with prejudice and Plaintiff consents not to file any lawsuit of any kind against Defendant.

FRANK & ASSOCIATES, PC
*Attorneys for Plaintiff*

By: _____
Andrea E. Batres, Esq.
500 Bi-County Blvd., Ste. 112N
Farmingdale, New York 11735
(631) 756-0400

Dated: September /8, 2013  CASE CLOSED

WHITEMAN, OSTERMAN & HANNA LLP
*Attorneys for Defendants*

By: _____
Ellen M. Bach, Esq.
One Commerce Plaza
Albany, New York 12260
(518) 487-7736

Dated: September 25, 2013

SO ORDERED on this 1st day of OCT, 2013
/s/ Arthur D. Spatt
_____ Central Islip, NY.
USDJ

1